UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21908-Civ-COOKE/GOODMAN

PATRICK SIMILIEN,

    Petitioner,

vs.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

    Respondents.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

    I referred this matter to the Honorable Jonathan Goodman, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report on any dispositive matters. ECF No. 8. On August 18, 2020, Judge Goodman issued a Report and Recommendations recommending I **DENY** the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241(a) (ECF No. 1). ECF No. 11. Petitioner did not file objections to the Report, and the time to do so has passed. Having considered the record and the relevant legal authorities, I find Judge Goodman's Report to be clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that:

    1.    This Court **AFFIRMS and ADOPTS** Judge Goodman's Report and Recommendation (ECF No. 11) and **DENIES** the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241(a) (ECF No. 1).

    2.    The Court **DENIES** a Certificate of Appealability.

    3.    The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers at Miami, Florida, this 31st day of August 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*